DEIDRE COHEN KATZ, State Bar No. 166261
WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
1 City Boulevard West, Fifth Floor
Orange, California 92868-3677
Telephone: (714) 634-2522
Facsimile: (714) 634-0686

Attorneys for Defendants
INDERJIT S. TOOR CONSTRUCTION, INC. and
HARINDER TOOR

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SAM TAVAKE and TAMI TAVAKE,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED INSURANCE COMPANY AKA AMCO INSURANCE COMPANY; INDERJIT S. TOOR CONSTRUCTION, INC.; ONEPOINT DESIGN GROUP (CONSULTING, DESIGN AND DRAFTING); JEFF MANGILI, CLAIMS AGENT, AMCO INSURANCE CO.; JAMES ANDREW ASPEGREN, CLAIMS AGENT, AMCO INSURANCE CO.; HARINDER TOOR, OWNER, INDERJIT S. TOOR CONSTRUCTION, INC.; SABINO URRUTIA, OWNER, ONEPOINT DESIGN GROUP; CITY OF STOCKTON, CHUCK LAMA, BUILDING DEPT., and JOHN DOE 1-50,<br><br>Defendants. | Case No. 2:11-CV-03259-KJM-DAD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Complaint Filed:   12/8/11<br>Trial Date:   Not Set |

## **STIPULATION**

Plaintiffs in propria persona SAM TAVAKE and TAMI TAVAKE and defendants INDERJIT S. TOOR CONSTRUCTION, INC. ("INDERJIT") and HARINDER TOOR ("TOOR") by and through their counsel, hereby stipulate to extend the deadline for defendants INDERJIT and TOOR to answer, plead or otherwise respond to the Complaint from December 31, 2011, up to and including January 30, 2012. This is the first extension of time to respond to plaintiffs' Complaint

Walsworth,
Franklin,
Bevins &
McCall, LLP
ATTORNEYS AT LAW

-1-   Case No. 5:09-CV-05539-PVT
STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT
1700129.1

sought by counsel for defendants INDERJIT and TOOR.

Wherefore, the parties to this stipulation respectfully request this Court issue an Order extending the deadline for defendants INDERJIT and TOOR to file their answer(s) or otherwise respond to January 30, 2012.

Dated: December 30, 2011      PLAINTIFF SAM TAVAKE

By:   /s/ Sam Tavake (as authorized on December 30, 2011)
      (original signature retained by attorney Deidre Cohen Katz)
      SAM TAVAKE, In Propria Persona

Dated: December 30, 2011      PLAINTIFF TAMI TAVAKE

By:   /s/ Tami Tavake (as authorized on December 30, 2011)
      (original signature retained by attorney Deidre Cohen Katz)
      TAMI TAVAKE, In Propria Persona

Dated: December 30, 2011      WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP

By:   /s/ Deidre Cohen Katz
      DEIDRE COHEN KATZ
      Attorneys for Defendants
      INDERJIT S. TOOR CONSTRUCTION, INC. and
      HARINDER TOOR

**ORDER**

IT IS HEREBY ordered that the deadline for defendants INDERJIT S. TOOR CONSTRUCTION, INC. and HARINDER TOOR to file an answer(s) or otherwise respond to the Complaint is extended from December 31, 2011, up to and including January 30, 2012.

Dated: January 4, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1
Tavake3259.stipord.eotanswer

Walsworth,
Franklin,
Bevins &
McCall, LLP
ATTORNEYS AT LAW

-2-      Case No. 2:11-CV-03259-KJM-DAD
STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT
1700129.1