IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM TAVAKE, et al.,

    Plaintiffs,                                  No. CIV S-11-3259 KJM DAD PS

    vs.

ALLIED INSURANCE COMPANY, et al.,     ORDER

    Defendants.

_____/

        Plaintiffs are proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21).

        On January 2, 2013, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen day period has expired, and no party has filed objections to the findings and recommendations.

        The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

/////

1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 2, 2013 (Doc No. 68) are adopted in full;

2. This action is stayed until the automatic stay against defendant City of Stockton is lifted; and

3. Defendant City of Stockton shall notify the court and all parties within fourteen days of the modification or termination of the bankruptcy stay.

DATED: March 21, 2013.

_____
UNITED STATES DISTRICT JUDGE