DENTONS US LLP
Sonia Martin (SBN 191148)
Email: sonia.martin@dentons.com
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendants
AMCO INSURANCE COMPANY, JEFF MANGILI, and JAMES ANDREW ASPEGREN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SAM TAVAKE and TAMI TAVAKE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ALLIED INSURANCE COMPANY, AKA AMCO INSURANCE COMPANY, INDERJIT S. TOOR CONSTRUCTION, INC., ONEPONT DESIGN GROUP (CONSULTING, DESIGN AND DRAFTING), JEFF MANGILI CLAIMS AGENT, AMCO INSURANCE CO., JAMES ANDREW ASPEGREN, CLAIMS AGENT, AMCO INSURANCE CO, HARINDER TOOR, OWNER, INDERJIT S TOOR CONSTRUCTION, INC., SABINO URRUTIA, OWNER, ONE POINT DESIGN GROUP, CITY OF STOCKTON, CHUCK LAMER, BUILDING DEPT, and JOHN DOE 1-50,<br><br>    Defendants. | Case No. 2:11-cv-03259 KJM DAD PS<br><br>**SUBSTITUTION OF ATTORNEYS** |

PLEASE TAKE NOTICE that defendants AMCO Insurance Company, Jeff Mangili and James Andrew Aspegren (collectively, "Defendants") hereby substitute the law firm Dentons US LLP in place of the law firm Wilson, Elser, Moskowitz, Edelman & Dicker LLP in these proceedings. Defendants respectfully request that the necessary changes be made to the service list

and the Court's records, and that all future communications regarding this case be directed as follows:

>Sonia Martin
>Dentons US LLP
>525 Market Street
>San Francisco, CA  94105
>Telephone:  (415) 882-5000
>Facsimile:  (415) 882-0300
>Email:  sonia.martin@dentons.com

AMCO Insurance Company hereby consents to this Substitution of Counsel.

Dated:  May 28, 2013

>By _____/s/Dana Anthony_____
>Dana Anthony
>Managing Counsel
>Nationwide Mutual Insurance Company

Jeff Mangili hereby consents to this substitution of counsel.

Dated:  June 21, 2013

>By _____/s/ Jeff Mangili_____
>Jeff Mangili

James Andrew Aspegren hereby consents to this substitution of attorney.

Dated:  June 21, 2013

>By _____/s/ James Aspegren_____
>James Andrew Aspegren

Wilson, Elser Moskowitz, Edelman & Dicker hereby consents to this substitution of counsel.

Dated:  June 28, 2013                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

>_____/s/ John T. Burnite____
>John T. Burnite

Dentons US LLP hereby consents to this substitution of counsel.

Dated: July 11, 2013    DENTONS US LLP


By ____/s/ Sonia Martin_____
     Sonia Martin

ORDER

The proposed substitution of attorney is hereby approved and IT IS SO ORDERED.

Dated: July 12, 2013

Ddad1\orders.pro se\tavake3259.sub.atty.ord.doc

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE