DENTONS US LLP
Sonia Martin (SBN 191148)
Email: sonia.martin@dentons.com
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendants
AMCO INSURANCE COMPANY, JEFF MANGILI, and JAMES ANDREW ASPEGREN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SAM TAVAKE and TAMI TAVAKE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ALLIED INSURANCE COMPANY, AKA AMCO INSURANCE COMPANY, INDERJIT S. TOOR CONSTRUCTION, INC., ONEPONT DESIGN GROUP (CONSULTING, DESIGN AND DRAFTING), JEFF MANGILI CLAIMS AGENT, AMCO INSURANCE CO., JAMES ANDREW ASPEGREN, CLAIMS AGENT, AMCO INSURANCE CO, HARINDER TOOR, OWNER, INDERJIT S TOOR CONSTRUCTION, INC., SABINO URRUTIA, OWNER, ONE POINT DESIGN GROUP, CITY OF STOCKTON, CHUCK LAMER, BUILDING DEPT, and JOHN DOE 1-50,<br><br>    Defendants. | Case No. 2:11-cv-03259 KJM DAD PS<br><br>**SUBSTITUTION OF ATTORNEYS** |

PLEASE TAKE NOTICE that defendants AMCO Insurance Company, Jeff Mangili and James Andrew Aspegren (collectively, "Defendants") hereby substitute the law firm Dentons US LLP in place of the law firm Wilson, Elser, Moskowitz, Edelman & Dicker LLP in these proceedings. Defendants respectfully request that the necessary changes be made to the service list

1  and the Court's records, and that all future communications regarding this case be directed as
2  follows:

3      Sonia Martin
    Dentons US LLP
4      525 Market Street
    San Francisco, CA  94105
5      Telephone:  (415) 882-5000
    Facsimile:  (415) 882-0300
6      Email:  sonia.martin@dentons.com

7
    AMCO Insurance Company hereby consents to this Substitution of Counsel.
8
 Dated:  May 28, 2013
9                                  By _____/s/Dana Anthony_____
                                      Dana Anthony
10                                        Managing Counsel
11                                        Nationwide Mutual Insurance Company

12
    Jeff Mangili hereby consents to this substitution of counsel.
13
 Dated:  June 21, 2013
14                                By _____/s/ Jeff Mangili_____
                                  Jeff Mangili
15

16
    James Andrew Aspegren hereby consents to this substitution of attorney.
17
 Dated:  June 21, 2013
18                                By _____/s/ James Aspegren_____
                                James Andrew Aspegren
19

20
    Wilson, Elser Moskowitz, Edelman & Dicker hereby consents to this substitution of
21
counsel.
22
 Dated:  June 28, 2013                    WILSON, ELSER, MOSKOWITZ, EDELMAN &
23                                          DICKER LLP
24
                                  _____/s/ John T. Burnite_____
25                                      John T. Burnite

26

27

28

Dentons US LLP hereby consents to this substitution of counsel.

Dated: July 11, 2013                        DENTONS US LLP


                                            By _____/s/ Sonia Martin_____
                                                    Sonia Martin

                                            ORDER

The proposed substitution of attorney is hereby approved and IT IS SO ORDERED.

Dated: July 12, 2013


_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.pro se\tavake3259.sub.atty.ord.doc