UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM TAVAKE and TAMI TAVAKE, | No.  2:11-cv-3259 KJM DAD PS |
| Plaintiffs, | |
| v. | ORDER |
| ALLIED INSURANCE COMPANY, et al., | |
| Defendants. | |

Plaintiffs are proceeding pro se in the above-entitled action.  The matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21.)

On June 1, 2012, plaintiffs filed a first amended complaint.  (Dkt. No. 37.)  Thereafter, several defendants filed motions to dismiss.  (Dkt. Nos. 47, 51, 55.)  However, on March 21, 2013, this matter was stayed until the automatic stay against defendant City of Stockton was lifted.  (Dkt. No. 69.)  On May 27, 2015, defendant City of Stockton filed notice that the automatic stay had been lifted.  (Dkt. No. 73.)

Accordingly, **IT IS ORDERED** that:

1.  A Status Conference is set for **Friday, November 6, 2015, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.

/////

1

1    2. All parties are required to appear at the Status Conference, either by counsel or, if

2  proceeding in propria persona, on his or her own behalf.  Any party may appear at the status

3  conference telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the

4  courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours

5  before the Status Conference; a land line telephone number must be provided.

6    3. Plaintiffs shall file and serve status reports on or before **October 23, 2015**, and

7  defendants shall file and serve status reports on or before **October 30, 2015**.  Each party's status

8  report shall address any relevant events occurring since the stay of this action on March 21, 2013,

9  whether any amendment of pleadings is necessary prior to the court ruling on the pending

10  motions to dismiss, and any other matters that may aid in the just and expeditious disposition of

11  this action.[1]

12    4. The parties are cautioned that failure to file a status report or failure to appear at the

13  status conference may result in an order imposing an appropriate sanction.  See Local Rules 110

14  and 183.

15  Dated:  September 23, 2015

16

17  DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

18

19

20  DAD:6
Ddad1\orders.pro se\tavake3259.ossc.docx

---

[1] Defendant City of Stockton's status report shall also address how the defendant intends to
respond to plaintiffs' first amended complaint.

2