SAM TAVAKE and TAMI TAVAKE
989 Critchett Road
Tracy, CA 95304
(415) 748-8079 (Sam) / (209) 346-8992 (Tami)

Plaintiffs in Propria Persona

DENTONS US LLP
Sonia Martin (SBN 191148)
Email:  sonia.martin@dentons.com
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendants
AMCO INSURANCE COMPANY, JEFF MANGILI, and JAMES ANDREW ASPEGREN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SAM TAVAKE and TAMI TAVAKE,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ALLIED INSURANCE COMPANY, AKA AMCO INSURANCE COMPANY, INDERJIT S. TOOR CONSTRUCTION, INC., ONEPONT DESIGN GROUP (CONSULTING, DESIGN AND DRAFTING), JEFF MANGILI CLAIMS AGENT, AMCO INSURANCE CO., JAMES ANDREW ASPEGREN, CLAIMS AGENT, AMCO INSURANCE CO, HARINDER TOOR, OWNER, INDERJIT S TOOR CONSTRUCTION, INC., SABINO URRUTIA, OWNER, ONE POINT DESIGN GROUP, CITY OF STOCKTON, CHUCK LAMER, BUILDING DEPT, and JOHN DOE 1-50,<br><br>    Defendants. | No. 2:11-cv-03259 KJM-DAD<br><br>**STIPULATED DISMISSAL WITH PREJUDICE AS TO DEFENDANTS AMCO INSURANCE COMPANY, JEFF MANGILI, JAMES ANDREW ASPEGREN AND "ALLIED INSURANCE COMPANY AKA AMCO INSURANCE COMPANY"; AND ORDER THEREON** |

1

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Sam and Tami Tavake, on the one hand, and Defendants AMCO Insurance Company, Jeff Mangili and James Andrew Aspegren, on the other, hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE as to Defendants AMCO Insurance Company, Jeff Mangili, James Andrew Aspegren and "Allied Insurance Company aka AMCO Insurance Company," with each side bearing its own fees and costs.

IT IS SO STIPULATED.

Dated:  October 5, 2015

By: _____/s/Sam Tavake_____
SAM TAVAKE, Plaintiff

Dated:  October 5, 2015

By: _____/s/Tami Tavake_____
TAMI TAVAKE, Plaintiff

Dated: October 5, 2015          DENTONS US LLP


By _____/s/Sonia Martin_____
SONIA MARTIN

Attorneys for Defendants
AMCO INSURANCE COMPANY, JEFF MANGILI, and JAMES ANDREW ASPEGREN

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  October 8, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.pro se\tavake3259.stip.dism.ord.doc

2