UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM TAVAKE and TAMI TAVAKE,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED INSURANCE COMPANY, et al.,<br><br>Defendants. | No. 2:11-cv-3259 KJM CKD PS (TEMP)<br><br><br><br>ORDER |

Plaintiffs are proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21.)

On September 24, 2015, the court issued an order setting this matter for a status conference on November 6, 2015. (Dkt. No. 76.) That order also required plaintiffs to file status reports on or before October 23, 2015. Neither plaintiff, however, filed a status report or appeared at the November 6, 2015 status conference, nor did anyone appear on behalf of either plaintiff. In light of plaintiffs' pro se status, and in the interests of justice, the court will provide plaintiffs with an opportunity to show good cause for their conduct.

/////
/////
/////
/////

1

1  Accordingly, the court HEREBY ORDERS that plaintiffs show cause in writing within
2 fourteen days of the date of this order as to why this case should not be dismissed for lack of
3 prosecution.[1]  Failure to timely file the required writing will result in a recommendation that this
4 case be dismissed.

5 Dated: November 6, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BVD/tavake3259.osc.docx

---

[1] Alternatively, if plaintiffs no longer wish to pursue this civil action they may comply with this order by filing a notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.

2